Date signed May 25, 2006



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BRENDA LOUISE SMITH | : | Case No. 05-90649PM |
| | : | Chapter 13 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

## MEMORANDUM OF DECISION

This case comes before the court on the Debtor's Amended Chapter 13 Plan and the objections thereto. As pointed out in the Trustee's argument at the hearing, this case presents the classic "new debtor syndrome" in that the Debtor's interest in this property was acquired immediately prior to the filing of the bankruptcy case under Chapter 13, presumably to forestall a foreclosure sale scheduled for December 21, 2005. For a discussion of this syndrome, *see generally In re McCarthy*, 312 B.R. 413 (BC Nev. 2004, and *Carolin Corp. v. Miller*, 886 F.2d 693 (CA4 1989). In addition to thwarting foreclosure, the Debtor seeks to cram down her automobile loan, and she has taken issue with the claims filed on behalf of her condominium association.

This case was filed under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 that added § 1325(a)(7) to the Bankruptcy Code to the requirements for confirmation. That section provides that the action of the debtor in filing the petition was in good faith.

Here, Debtor claims as exempt over $210,000.00 in equity in the home that was the subject of this late transfer. Based upon the record presented, the court cannot find that the Debtor has sustained her burden that the petition was filed in good faith. Considering the totality

of the circumstances, good faith would be evidenced by paying all creditors in full. An appropriate order will be entered.

cc:
Robert Haeger, Esq., 9535 Fern Hollowy Way, Gaithersburg, MD 20886
Nicole A. Williams, Esq., 7979 Old Georgetown Road, Suite 600, Bethesda, MD 20814
Brenda L. Smith, 13117 Thackery Place, Germantown, MD 20874
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902

**End of Memorandum**